| | |
|---|---|
| United States District Court<br>Eastern District of New York | 1:19-cv-00721-NGG-VMS |
| Walter Faison individually and on behalf of all others similarly situated | |
| Plaintiff | |
| - against - | Notice of Voluntary Dismissal<br>with Prejudice |
| Russell Stover Chocolates LLC and Ghirardelli Chocolate Company | |
| Defendant | |

Plaintiff gives notice this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   March 1, 2019

Respectfully submitted,

Sheehan & Associates, P.C.

/s/Spencer Sheehan

Spencer Sheehan
EDNY Bar Number SS-8533
505 Northern Blvd., Ste. 311
Great Neck, NY 11021
Tel:  (516) 303-0552
Fax: (516) 234-7800
spencer@spencersheehan.com

1:19-cv-00721-NGG-VMS
United States District Court
Eastern District of New York

Walter Faison individually and on behalf of all others similarly situated

Plaintiff

- against -

Russell Stover Chocolates LLC and Ghirardelli Chocolate Company

Defendant

## Notice of Voluntary Dismissal with Prejudice

Sheehan & Associates, P.C.
505 Northern Blvd., Ste. 311
Great Neck, NY 11021
Tel: (516) 303-0552
Fax: (516) 234-7800
spencer@spencersheehan.com

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: March 1, 2019

/s/ Spencer Sheehan
Spencer Sheehan