D/F

United States District Court
Eastern District of New York

1:19-cv-00721-NGG-VMS

| Walter Faison individually and on behalf of all others similarly situated |
|---|
| Plaintiff |
| - against - |
| Russell Stover Chocolates LLC and Ghirardelli Chocolate Company |
| Defendant |

Notice of Voluntary Dismissal
with Prejudice

Plaintiff gives notice this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   March 1, 2019

Respectfully submitted,

Sheehan & Associates, P.C.

/s/Spencer Sheehan
Spencer Sheehan
EDNY Bar Number SS-8533
505 Northern Blvd., Ste. 311
Great Neck, NY 11021
Tel: (516) 303-0552
Fax: (516) 234-7800
spencer@spencersheehan.com

So ordered.

s/Nicholas G. Garaufis

3/6/19